**Peter J. CORINES, Plaintiff–Appellant,**

v.

**AMERICAN PHYSICIANS INSURANCE TRUST, USI Administrators, Inc. Hartford Life Insurance Co., and Continental Casualty Co. d/b/a C.N.A. Insurance Co., Defendants–Appellees.**

No. 14–1629.

United States Court of Appeals, Second Circuit.

Sept. 14, 2015.

Peter J. Corines, pro se, Eastchester, NY, for Plaintiff–Appellant.

No appearance for Defendants–Appellees.

PRESENT: GERARD E. LYNCH, RAYMOND J. LOHIER, Jr., SUSAN L. CARNEY, Circuit Judges.

### *SUMMARY ORDER*

Peter J. Corines, pro se, appeals from the district court's denial of his request for an extension of time to file a motion pursuant to Federal Rule of Civil Procedure 59(e). A district court is not empowered to extend the time to file a Rule 59(e) motion. *See* Fed.R.Civ.P. 6(b)(2) (providing that "[a] court must not extend the time to act under" Rule 59(e)); *see also Lichtenberg v. Besicorp Grp. Inc.*, 204 F.3d 397, 404 (2d Cir.2000) (explaining that "any request . . . for an extension of the time to move under . . . Rule [59(e) ] would have been a request that, given the prohibition in Civil Rule 6(b), could not properly be made"). We therefore perceive no basis to disturb the district court's decision.

Accordingly, we **AFFIRM.**